## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

HUNTER'S ADMINISTRATOR V. CHESAPEAKE AND OHIO RAILWAY COMPANY.

January 11, 1917.

Absent, Prentis, J.

Error to a judgment of the Circuit Court of Rockbridge county.

*Affirmed by Divided Court.*

*Curry & Curry* and *Timberlake & Nelson,* for the plaintiff in error.

*J. M. Perry, for the defendant in error.*